UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

TRUSTEES OF THE DISTRICT COUNCIL 9 PAINTING
INDUSTRY INSURANCE AND ANNUITY FUNDS,

                                        Plaintiffs,                 Index No.:


          -against-                                        **08 CIV. 7387**

NEW YORK STONE COMPANY, INC.,

                                        Defendant.               **JUDGE KARAS**
-------------------------------------------------------------------------------x

        Pursuant to Rule 7.1 of the General Rules of the Southern District of New York and to

enable judges and magistrates of the court to evaluate possible disqualification or recusal, the

undersigned attorney of record for plaintiff certifies that the following are corporate parents,

subsidiaries, or affiliates of that party.


        None


Dated: August 13, 2008

                                                _____
                                                Dana L. Henke, Esq. (DLH3025)